UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD H. CLARK, ET AL**          *          CIVIL ACTION

**VERSUS**                           *          NO. 13-5232

**THE FEDERAL EMERGENCY**            *          SECTION F (5)
**MANAGEMENT AGENCY, ET AL**
                                     *

*   *   *   *   *   *   *

## ORDER

Considering the foregoing Consent Motion for Stay;

**IT IS HEREBY ORDERED** that the Federal Emergency Management Agency's motion for stay is **GRANTED;** it is **FURTHER ORDERED**, and this matter is ~~stayed until Department of Justice~~ closed, to be reopened upon a promptly filed motion once the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

New Orleans, Louisiana, this __2nd__ day of _____October_____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**